LITTLE
*v.*
HOLDIN.

Rec. 1772.
Fol. 44.

*It feems,* that under the Prov. Sts. 11 W. 3, c. 3, and 13 W. 3, c. 5, on Failure of the Appellant to appear and profecute his Appeal in the Superiour Court, the Appellee cannot have Judgment for Damages without filing a Complaint.

## Little *verf.* Holdin.

LITTLE had Judgment on a Verdict below, and Holdin appeals, and entered his Appeal, and the Caufe was continued one Term, &c.

Now, the Action called, Holdin failed to appear and profecute. And thereupon Little files his Complaint, agreeable to the Prov. Stat. 13 W. 3, c. 5, and had Judgment as the faid Statute directs.

*Note.* The Prov. Stat. 11 W. 3, c. 3, (1) gives this Court Cognizance of all Actions brought by Appeal, &c., which gives fome Colour to fuppofe

———

(1) Anc. Chart. 330.

pofe that the Appeal being entered, the Appellee (having the Copies) might on Motion prove his Demand and have Judgment for his Damage and Coft, or as the Cafe may require, he ftill continuing Plaintiff, *quoad* the Trial; but the Law feems to confider the Appellant as Plaintiff or *Actor*, *quoad* the Support of the Suit; then he, being called, does not appear,— the Suit which he fupported falls of Courfe, and is difcontinued, or the Appellant is become nonfuit; and though perhaps the Appellee might thereupon have his Cofts at that Court, yet Judgment for his Damages could not be fupported; wherefore came y{e} 13 W. 3, c. 5, (2) which feems the only Way for the Appellee to proceed in fuch Cafes againft the Appellant.